**DAPEER ROSENBLIT LITVAK, LLP**
William Litvak
CA Bar No. 90533
11500 W. Olympic Blvd. Suite 550
Los Angeles, California 90064
Email: wlitvak@drllaw.com
Telephone: 310-477-5575
Fax: 310-477-7090

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (*pro hac vice forthcoming*)
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq. (*pro hac vice forthcoming*)
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTI STEELE, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>vs.<br><br>BETTERWELL LLC,<br>a California limited liability company,<br><br><br>        *Defendant*. | Case No. 4:20-cv-01047-KAW<br><br>**CLASS ACTION**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

//

//

//

---
1
NOTICE OF DISMISSAL WITH PREJUDICE

## **NOTICE OF DISMISSAL WITH PREJUDICE**

1. All claims of the Plaintiff, Cristi Steele, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: April 21, 2020              Respectfully submitted,

By: */s/ William Litvak*
William Litvak (SBN 90533)
wlitvak@drllaw.com
**DAPEER ROSENBLIT LITVAK, LLP**
11500 W. Olympic Blvd. Suite 550
Los Angeles, California 90064
Telephone: 310-477-5575

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (FL Bar No. 0100537)
scott@edelsberglaw.com
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq. (FL Bar No. 101754)
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Proposed Class*